Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff Katie Melara

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATIE MELARA, *individually and on behalf of all those similarly situated*, | ) ) ) | No.   2:25-cv-01014-MRA-SK |
| Plaintiff, | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | ) ) | Complaint Filed: Feb. 5, 2025 Trial Date: None Yet |
| PESCIENCE LLC, *a Delaware limited liability company*, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action WITH PREJUDICE.

Dated: April 17, 2025                    Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (Cal. SBN: 207034)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, April 17, 2025, I caused the foregoing to be filed into the docket of this matter via the Clerk of Court's CM/ECF system, which filing caused service to be made on all counsel of record.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff